GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KIYOKO PATTERSON
Assistant United States Attorney
Arizona State Bar No. 023753
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kiyoko.patterson@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 27 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-08123-PCT-SMB (MHB) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | |
| Daryn Lee Shortman, | VIO: 18 U.S.C. §§ 1153, 2241(c), and 2246(2) |
| Defendant. | (CIR-Aggravated Sexual Abuse of a Child) |
| | Counts 1-3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between July 17, 2014 and July 16, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant DARYN LEE SHORTMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's mouth and the victim's vulva, and is specifically alleged to have occurred the first time at the trailer in Ganado.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

## COUNT 2

On or between July 17, 2014 and July 16, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant DARYN

LEE SHORTMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, and is specifically alleged to have occurred the first time at the trailer in Ganado.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

### COUNT 3

On or between July 17, 2014 and July 16, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant DARYN LEE SHORTMAN, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration, however slight, and is specifically alleged to have occurred the second time at the trailer in Ganado.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 27, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/*
KIYOKO PATTERSON
Assistant U.S. Attorney